IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**RUBEN IVAN FULLER,**

      **Petitioner,**

**v.**                                              **CASE NO. 5:09-cv-344-RS-EMT**

**KENNETH TUCKER,**

      **Respondent.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 42). No objections have been filed.

**IT IS ORDERED:**

    1.    The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

    2.    Petitioner's petition for writ of habeas corpus (Doc. 1) is **DENIED**.

    3.    The certificate of appealability is **DENIED**.

    4.    The clerk is directed to close the file.

**ORDERED** on February 8, 2012.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**